# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Aviel Faliks                                    Cr.: 18-00104-001
                                                                 PACTS #: 423181

Name of Sentencing Judicial Officer:    THE HONORABLE BERLE M. SCHILLER
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/07/2016

Original Offense:    Conspiracy, 18 U.S.C. § 371
                     Corruptly Endeavoring to Obstruct the Internal Revenue Laws, 26 U.S.C. § 7212(a)

Original Sentence: 366 Days imprisonment, 36 months supervised release

Special Conditions: Restitution $48,423,520.60, $200 Special Assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/16/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     Failed to satisfy restitution


U.S. Probation Officer Action:

Throughout his term of supervised release, Faliks has been compliant with his monthly restitution payments. The offender's supervision is due to expire on May 15, 2020, with an outstanding restitution balance of $44,806,326.13. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613

                                        Respectfully submitted,

                                        *Elisa Martinez/km*

                                        By:  Elisa Martinez
                                             Supervising U.S. Probation Officer
                                        Date: 02/07/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervision to Expire as Scheduled on May 15, 2020 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date